1 | **MOWER, CARREON & DESAI, LLP**
Jon R. Mower, Esq. (SBN 72034)
2 | M. Adrianne De Castro, Esq. (SBN 238930)
8001 Irvine Center Drive, Suite 1450
3 | Irvine, CA 92618
Telephone:  (949) 474-3004
4 | Facsimile:   (949) 474-9001
mower@mocalaw.com
5 | decastro@mocalaw.com

6 | **HARBIN & McCARRON**
Bruce Harbin, Esq. (SBN 110616)
7 | 1801 Park Court Place, Bldg. G
Santa Ana, CA 92701
8 | Telephone:  (714) 550-0941
Facsimile:   (714) 550-0468
9 | BHarbin@hmlaw.com

10 | Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN R. WILLIAMS AND DEBRA K. WILLIAMS, | CASE NO. LA CV11-05854 JAK (PLAx) |
| Plaintiffs, | Judge John A. Kronstadt<br>Complaint filed:  July 15, 2011 |
| v. | |
| CHASE HOME FINANCE LLC, a Delaware Corporation; and DOES 1 through 10, inclusive | **NOTICE OF DISMISSAL** |
| Defendants. | |

1

1 | Plaintiffs Darren R. Williams and Debra K. Williams in this action entitled
2 | *Williams v. Chase Home Finance LLC*, Case No. LACV11-05854 JAK, hereby file
3 | this Notice of Dismissal, and request that this action be dismissed with prejudice.

Date: March 6, 2012                    MOWER, CARREON & DESAI, LLP

By: ____/s/ Jon R. Mower____
Jon R. Mower
M. Adrianne De Castro
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____

_____/s/_____
UNITED STATES DISTRICT JUDGE

2